IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDRA ROBERTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JASON SPIELMAN,<br><br>　　　　Defendant. | CASE NO. 5:09-CV-248 (HL) |

## ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eleventh Circuit. The Eleventh Circuit found that Defendant Jason Spielman was entitled to qualified immunity as to the federal claims pending against him. The appellate court thus remanded the case to this Court for the purpose of entering judgment in favor of Defendant on Plaintiff's federal claims.

As noted by the Eleventh Circuit, Plaintiff's claims against Defendant under the Georgia Constitution and Georgia state law are still pending. However, given that all of Plaintiff's federal claims have been dismissed, pursuant to 28 U.S.C. § 1367(c), the Court declines to exercise supplemental jurisdiction over the state claims. Plaintiff's state law claims are dismissed without prejudice.

There being no further claims remaining, the Clerk is directed to enter final judgment in this case.

**SO ORDERED**, this the 19th day of July, 2011.

　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh